United States District Court
Southern District of New York
------------------------------X
TERRENCE SMITH,

            Plaintiff,

    -against-                    10 Civ. 9677 (DAB)(MHD)
                                        ORDER

STEPHEN J. T'KACH, ET al.,

            DefendantS.
------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Magistrate Judge Michael H. Dolinger's Report and Recommendation dated March 22, 2011, which recommends that this case be dismissed in light of Plaintiff's letter requesting dismissal without prejudice and in light of the fact that no answer or responsive motion has been filed in this case.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a Plaintiff may dismiss without a court order when, as here, no answer or responsive motion has been filed. Accordingly, this action is now DISMISSED.

    The Clerk is directed to close the docket in this matter, and is further directed to provide Plaintiff with a copy of each document in the docket for this case.

SO ORDERED.

Dated:    New York, New York
           April 22, 2011

                                        Deborah A. Batts
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/11